```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF MINNESOTA
                   09-CR-50(JMR/SRN)
```

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Abdifatah Yusuf Isse | ) | |

The Court hereby directs the government to respond to defendant's Motion to Amend Conditions of Detention [Docket No. 51] on or before November 20, 2009.

IT IS SO ORDERED.

Dated:  November 5, 2009

<u>S/JAMES M. ROSENBAUM</u>
JAMES M. ROSENBAUM
United States District Judge