UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 09-50 (JMR/SRN)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO AMEND** |
| vs. | ) | **CONDITIONS OF RELEASE** |
| | ) | |
| | ) | |
| Abdifatah Yusuf Isse, | ) | |
| | ) | |
| Defendant. | ) | |

* * * * * * * * * * * * * * * *

The Defendant, Abdifatah Yusuf Isse, through and by attorney, Paul Engh, and consistent with 18 U.S.C. 3145 (a)(2), moves the Court for an Order amending the conditions of his release.   Our grounds:

1.  Mr. Isse incorporates by reference the arguments advanced in his Motion to Amend Conditions of Detention, filed June 17, 2009.  Docket Entry 23.

2.  That Motion was initially denied by this Court on June 30, 2009, with leave for Mr. Isse to renew it 120 days hence.  Docket Entry 24.

3.  Mr. Isse did so on November 1, 2009.  Docket Entry 51.

4.  On January 15, 2009, this Court Ordered Mr. Isse released to a halfway house in St. Paul, one of the conditions being the attachment of an electronic monitor to his leg.  Docket Entry 63.

1

5.  On March 23rd the United States Pretrial Services petitioned this Court for an Order allowing Mr. Isse to live with his sister, coupled with the requirements that he report regularly and that he continue to wear an electronic bracelet.

6.  Nearly two months have passed.   Mr. Isse has remained compliant with all conditions thereby earning the trust and approval of the Probation Department (which was merged with Pretrial Services).   Mr. Isse has also secured employment.  There are no instances of misconduct, reported or otherwise.

7.  Mr. Isse requests that the bracelet be removed with all other conditions to remain in place.   Your undersigned has discussed this request with the Probation officer responsible for Mr. Isse, and there is no objection to taking it off. The Government has indicated an opposition.

Dated: May 19, 2010                     Respectfully submitted,

                                        /s/ Paul Engh
                                        _____
                                        PAUL ENGH
                                        Suite 215 U.S. Banc Plaza
                                        220 South Sixth Street
                                        Minneapolis, MN  55402
                                        (612) 252-1100
                                        Attorney Reg. No. 134685

                                        Attorney for Mr. Isse

2