# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ABDIFATAH YUSUF ISSE, et al.,

        Defendant(s).

**NOTICE TO THE COURT OF POSSIBLE RELATED CASE**

No. 09-CR-00050(MJD/SER)

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 09-CR-00352(MJD/SER) and 11-CR-00191(MJD/SER).  **Please note: Do not reference a case that has been filed under seal.**  Please follow the sealed procedure in the ECF Criminal Procedures Guide.

    __x__    Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

    ____    Cases involving the same defendant(s), whether the prior cases are open or closed.

    ____    Cases arising out of the same operative set of facts, behavioral episode or course of conduct  whether the prior cases are open or closed.

    __x__    Cases that arise out of the same investigation and have temporal proximity.

    ____    A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

    ____    The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

    ____    Other _____ .

Dated: June 9, 2011

        B. TODD JONES
        United States Attorney

        *s/ Charles J. Kovats, Jr.*

        BY: Charles J. Kovats, Jr.
        Assistant U.S. Attorney