# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | |

UNITED STATES OF AMERICA,       )          **COURT MINUTES - CRIMINAL**
                                )
                   Plaintiff,   )        Case No:            09-cr-50 (2) (MJD/FLN)
                                )        Date:               May 14, 2013
          v.                    )        Courthouse:         Minneapolis
                                )        Courtroom:          15E
Salah Osman Ahmed (2)           )        Court Reporter:     Lori Simpson
*aka Salman*                    )        Time Commenced:     11:30 a.m.
                                )        Time Concluded:     1:00 p.m.
                   Defendant.   )        Time in Court:      1 hour and 30 minutes
                                )

Before Michael J. Davis, United States District Chief Judge.

APPEARANCES:
    For Plaintiff:    William Narus, Charles Kovats, and John Docherty, Assistant U.S. Attorneys
    For Defendant: James Ostgard II, CJA Appointed Attorney

☒ **Sentencing.**
☒ **Defendant's objection to the terrorism enhancement is denied. Enhancement will apply.**
☒ **Defendant's variance based on conduct, lesser harms, coercion within the organization, criminal history score based on terrorism enhancement and the recidivism factor not applying in this case were denied.**
☒ **Government's motion is granted.**
☒ **Government's exhibits 1-9 are admitted.**

**IT IS ORDERED**:
Defendant is sentenced to:

| Count. Nos. | Plea | BOP | SR |
|---|---|---|---|
| 1 | X | 36  months | 20 years |

☒ Special conditions of: **See J&C for special conditions**
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 to be paid.
☒ Counts 2-4 are dismissed.
☒ Defendant is released on the same pretrial conditions. Defendant shall voluntarily surrender to his place of designation on 6/14/13 by noon. If a designation has not been determined by that date, the defendant shall surrender to the US. Marshal Services in Minneapolis, Minnesota on 6/14/13 by 12 noon..

Date: May 14, 2013                                    s/KW
                                                      Calendar Clerk to Chief Judge Michael J. Davis