**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE: Removing Sealed Criminal Case Documents with Highly Sensitive Information from CM/ECF | **ORDER** |

---

In cooperation with the U.S. Attorney's Office and the Office of the Federal Defender, the Court has identified sealed criminal case documents that potentially contain highly sensitive information (HSI) that must be removed from CM/ECF until further order of this Court.

Therefore, **IT IS HEREBY ORDERED** that the Clerk of Court is directed to do the following:

1. File Attachment A under seal in the Clerk's Office.

2. File this order in each case identified on Attachment A on CM/ECF.

3. Remove the documents identified on Attachment A from CM/ECF and replace each of these documents with a placeholder. Any document removed from CM/ECF must be stored in a secure paper filing system or a secure standalone computer system that is not connected to any network.

FILED 2/10/2021
KATE M. FOGARTY

JUDGMENT ENTD_____

DEPUTY CLERK_____

DATED: February 10, 2021

at Minneapolis, Minnesota

JOHN R. TUNHEIM
Chief Judge
United States District Court