Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,

Plaintiff,

v.

Salah Osman Ahmed

Defendant.

Docket No. 0864 0:09CR00050-002(MJD)

On June 18, 2015 the above defendant was placed on supervision for a period of 240 months.   On January 4, 2022, the defendant filed a motion for early termination of supervised release.  This defendant has complied with the rules and regulations of supervision and the Court has determined that he is no longer in need of supervision.  It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this   16th   Day of   March          , 2022        s/Michael J. Davis
                                                          Honorable Michael J. Davis
                                                          Senior U.S. District Judge