Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                  Plaintiff,

v.

Abdifatah Yusuf Isse

                  Defendant.

Docket No. 0864 0:09CR00050-001(MJD)

On May 14, 2013, the above defendant was placed on supervision for a period of 240 months. The term of supervised release began August 28, 2015. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this  15th  day of  August  2023

s/Michael J. Davis
Honorable Michael J. Davis
Senior U.S. District Judge